# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| WESTRIDGE TOWNHOMES OWNERS ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREAT AMERICAN ASSURANCE COMPANY, a foreign insurance company, as successor to AGRICULTURAL INSURANCE COMPANY; GREENWICH INSURANCE COMPANY, a foreign insurance company,<br><br>　　　　　Defendants. | No. C16-1011 RSM<br><br>STIPULATED MOTION & PROPOSED ORDER TO EXTEND DISCOVERY DEADLINE |

Plaintiff Westridge Townhomes Owners Association and Defendants Great American Assurance Company and Greenwich Insurance Company (collectively the "Parties") submit

STIPULATED MOTION & ORDER TO EXTEND
DISCOVERY DEADLINE - 1

**CASE NO. 2:16-cv-01011 RSM**

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

1   the following stipulated motion to extend the discovery deadline for the purpose of taking two
2   depositions.
3       The current discovery completion date is December 18, 2017 (*see Dkt. 37*).  Plaintiff
4   has requested the depositions of two of Defendants' experts, Jim Perrault and Dennis Smith.
5   These two witnesses are not available for deposition until after the current discovery cut-off.
6   The Parties bring this Stipulated Motion and ask that the Court extend the discovery
7   completion date by four days to complete the depositions of Mr. Perrault and Mr. Smith.  The
8   witnesses have indicated that they are available for deposition beginning December 19.
9       Good cause exists to extend the deadline to depose the above-named witnesses and
10  doing so will not prejudice any party.  Moreover, a short extension of this deadline will not
11  impact the other dates in the Court's Order.

DATED this 5th day of December 2017.

| HARPER | HAYES PLLC | BETTS, PATTERSON & MINES, P.S. |
|---|---|

By: *s/ Todd C. Hayes*
    Todd C. Hayes, WSBA No. 26361
    *s/ Charles K. Davis*
    Charles K. Davis, WSBA No. 38231
    600 University Street, Suite 2420
    Seattle, WA 98101
    **Tel**.:    206.340.8010
    **Fax**:   206.260.2852
    **Email**:   todd@harperhayes.com
                 cdavis@harperhayes.com
    Attorneys for Plaintiff

By: *s/ Joseph D. Hampton*
    Joseph D. Hampton, WSBA #15297
    One Convention Place, Suite 1400
    701 Pike Street
    Seattle, WA 98101-3927
    **Tel**.:     206.292.9988
    **Fax**:     206.343.7053
    **Email**:   jhampton@bpmlaw.com
    Attorneys for Defendant Great American
    Assurance Company

STIPULATED MOTION & ORDER TO EXTEND
DISCOVERY DEADLINE - 2

**CASE NO. 2:16-cv-01011 RSM**

H<small>ARPER</small> | H<small>AYES</small> PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington  98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

| | |
|---|---|
| 1 | MOUND, COTTON, WOLLAN & GREENGRASS, LLP |
| 2 | |
| 3 | By: *s/ Kevin F. Buckley* |
| | Kevin F. Buckley, Admitted *Pro Hac Vice* |
| 4 | One New York Plaza, 44th Floor |
| | New York, NY 1004 |
| 5 | **Tel.**: 212.804.4242 |
| | **Fax**: 212.344.8066 |
| 6 | **Email**: kbuckley@moundcotton.com |
| | Attorneys for Defendant Greenwich |
| 7 | Insurance Company |
| 8 | |
| | BULLIVANT HOUSER BAILEY PC |
| 9 | |
| 10 | |
| | By: *s/ Owen R. Mooney* |
| 11 | Owen R. Mooney, WSBA #45779 |
| | 1700 Seventh Avenue, Suite 1810 |
| 12 | Seattle, WA 98101-1397 |
| | **Tel.**: 206.290.8930 |
| 13 | **Fax**: 206.386.5130 |
| | **Email**: owen.mooney@bullivant.com |
| 14 | Attorneys for Defendants Great |
| | American Assurance Company and |
| 15 | Greenwich Insurance Company |

STIPULATED MOTION & ORDER TO EXTEND DISCOVERY DEADLINE - 3

**CASE NO. 2:16-cv-01011 RSM**

H<small>ARPER</small> | H<small>AYES</small> PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

# ORDER

Based on the above stipulation, the deadline to complete discovery for the purpose of deposing Defendants' experts, Jim Perrault and Dennis Smith is extended to December 22, 2017.

DATED this 6th day of December 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

HARPER | HAYES PLLC

By: *s/ Todd C. Hayes*
   Todd C. Hayes, WSBA No. 26361
   *s/ Charles K. Davis*
   Charles K. Davis, WSBA No. 38231
   Attorneys for Plaintiff

BETTS, PATTERSON & MINES, P.S.

By: *s/ Joseph D. Hampton*
   Joseph D. Hampton, WSBA #15297
   Attorneys for Defendant Great American
   Assurance Company

STIPULATED MOTION & ORDER TO EXTEND
DISCOVERY DEADLINE - 4

CASE NO. 2:16-cv-01011 RSM

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

1 | MOUND, COTTON, WOLLAN & GREENGRASS, LLP

2

3 | By: *s/ Kevin F. Buckley*
    Kevin F. Buckley, Admitted *Pro Hac Vice*
    Attorneys for Defendant Greenwich Insurance Company

4

5 | BULLIVANT HOUSER BAILEY

6

7 | By: *s/ Owen R. Mooney*
    Owen R. Mooney, WSBA #45779
    Attorneys for Defendants Great American
8   Assurance Company and Greenwich Insurance
    Company

STIPULATED MOTION & ORDER TO EXTEND
DISCOVERY DEADLINE - 5

**CASE NO. 2:16-cv-01011 RSM**

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852