**The Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTRIDGE TOWNHOMES OWNERS ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GREAT AMERICAN ASSURANCE COMPANY, a foreign insurance company, as successor to AGRICULTURAL INSURANCE COMPANY; GREENWICH INSURANCE COMPANY, a foreign insurance company,<br><br>　　　　　Defendants. | NO. 2:16-CV-01011 RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## **STIPULATION**

The parties, by and through their respective attorneys of record, hereby stipulate and agree that any and all claims by plaintiff Westridge Townhomes Owners Association against defendants Great American Assurance Company and Greenwich Insurance Company are dismissed with prejudice, with the parties bearing their own costs and attorneys' fees.

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE –　　　　- 1 -
NO. 2:16-CV-01011 RSM

1232356.docx/041018 1239/6550-0038

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

| | | |
|---|---|---|
| 1 | DATED this 9th day of April, 2018. | DATED this 9th day of April, 2018. |
| 2 | HARPER \| HAYES PLLC | BETTS, PATTERSON & MINES, P.S. |

DATED this 9th day of April, 2018.

HARPER | HAYES PLLC

By: /s Todd C. Hayes *(per email authority)*

    Charles K. Davis, WSBA #38231
    Todd C. Hayes, WSBA No. 26361
Harper | Hayes PLLC
600 University Street, Suite 2420
Seattle, WA 98101-1129
Telephone: (206) 340-8010
Facsimile: (206) 260-2852
E-mail: todd@harperhayes.com
E-mail: cdavis@harperhayes.com

Attorneys for Plaintiff Westridge

DATED this 9th day of April, 2018.

MOUND COTTON WOLLAN & GREENGRASS LLP

By: /s Kevin F. Buckley *(per email authority)*

    Kevin F. Buckley, admitted *pro hac vice*
Attorneys for Defendant Greenwich
Mound Cotton Wollan & Greengrass LLP
One New York Plaza 44th Floor
New York, NY 10004
Telephone: (212) 804-4242
E-mail: kbuckley@moundcotton.com

Attorneys for Defendant Greenwich

---

DATED this 9th day of April, 2018.

BETTS, PATTERSON & MINES, P.S.

By: /s Joseph D. Hampton

    Joseph D. Hampton, WSBA #15297
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA 98101-3927
Telephone: (206) 292-9988
Facsimile: (206) 343-7053
E-mail: jhampton@bpmlaw.com

Attorneys for Defendant Great American

DATED this 9th day of April, 2018.

BULLIVANT HOUSER BAILEY PC

By: /s Douglas G. Houser *(per email authority)*

    Douglas G. Houser, OSB #600384
Bullivant Houser Bailey PC
888 SW Fifth Avenue, Suite 300
Portland OR 97204
Telephone: 503-228-6351
Facsimile: 503-295-0915
E-mail: doug.houser@bullivant.com
Attorneys for Defendant Greenwich

---

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – NO. 2:16-CV-01011 RSM

- 2 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1232356.docx/041018 1239/6550-0038

| | |
|---|---|
| 1 | **ORDER** |
| 2 | THIS MATTER has come on for hearing before this Court on the parties' Stipulation and |
| 3 | Order of Dismissal with Prejudice. The Court has considered the Stipulation and is fully |
| 4 | apprised in the premises. NOW, THEREFORE, it is hereby ORDERED that: |
| 5 | This case is DISMISSED WITH PREJUDICE, with all parties bearing their own costs |
| 6 | and attorneys' fees. |
| 7 | DATED this 10 day of April 2018. |

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

BETTS, PATTERSON & MINES, P.S.

By: /s Joseph D. Hampton
    Joseph D. Hampton, WSBA #15297
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:  (206) 292-9988
Facsimile:   (206) 343-7053
E-mail:       jhampton@bpmlaw.com

Attorneys for Defendant Great American

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE –   - 3 -
NO. 2:16-CV-01011 RSM

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1232356.docx/041018 1239/6550-0038

HARPER | HAYES PLLC

By: /s Todd C. Hayes *(per email authority)*
    Charles K. Davis, WSBA #38231
    Todd C. Hayes, WSBA No. 26361
Harper | Hayes PLLC
600 University Street, Suite 2420
Seattle, WA  98101-1129
Telephone:  (206) 340-8010
Facsimile:  (206) 260-2852
E-mail:  todd@harperhayes.com
E-mail:  cdavis@harperhayes.com

Attorneys for Plaintiff Westridge

MOUND COTTON WOLLAN & GREENGRASS LLP

By:  /s Kevin F. Buckley *(per email authority)*
    Kevin F. Buckley, admitted *pro hac vice*
Attorneys for Defendant Greenwich
Mound Cotton Wollan & Greengrass LLP
One New York Plaza 44th Floor
New York, NY  10004
Telephone:  (212) 804-4242
E-mail:  kbuckley@moundcotton.com

Attorneys for Defendant Greenwich

BULLIVANT HOUSER BAILEY PC

By: /s Douglas G. Houser *(per email authority)*
    Douglas G. Houser, OSB #600384
Bullivant Houser Bailey PC
888 SW Fifth Avenue, Suite 300
Portland OR  97204
Telephone:  503-228-6351
Facsimile:  503-295-0915
E-mail:  doug.houser@bullivant.com
Attorneys for Defendant Greenwich

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE – NO. 2:16-CV-01011 RSM   - 4 -

Betts Patterson Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1232356.docx/041018 1239/6550-0038